# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. FRANK BELL                                       Docket No. 3:03CR000272(JCH)

### PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Keith P. Barry, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Frank Bell who was sentenced to 47 imprisonment for a violation of 21 U.S.C.§§ 841(a)(1), and 841(b)(1)(C), Possession With Intent to Distribute Cocaine Base, by the Honorable Janet C. Hall, United States District Judge sitting in the court at Bridgeport, Connecticut on August 19, 2003 who fixed the period of supervision at three years which commenced on July 29, 2005, and imposed the general terms and conditions theretofore adopted by the court and also imposed the following special conditions: 1) The defendant shall participate in a program approved by the Probation Office for inpatient or outpatient substance abuse treatment and testing. The defendant shall pay all, or a portion of the costs associated with treatment, based on the defendant's ability to pay determined by the probation officer; 2) The defendant shall participate in a program approved by the Probation Office for inpatient or outpatient mental health treatment to address anger management issues. The defendant shall pay all, or a portion of the costs associated with treatment, based on the defendant's ability to pay determined by the probation officer. Supervision is scheduled to terminate on July 28, 2008.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

Charge: Standard Condition - <u>The defendant shall not commit another federal, state, or local crime."</u> On October 16, 2006, the Bridgeport, Connecticut Police Department obtained a warrant for the defendant's arrest charging him with Assault 2nd Degree, alleging that the defendant assaulted his girlfriend, Courtney Lawson on October 14, 2006, at her residence in Bridgeport, Connecticut causing a fractured eye socket and lacerated cheek. On October 19, 2006, the defendant turned himself in to the Bridgeport, Connecticut Police Department. Mr. Bell remains in custody on a $25,000 bond, and is scheduled to appear in Superior Court on November 1, 2006.

**PRAYING THAT THE COURT WILL ORDER** the issuance of a warrant with the period of supervision tolled, bringing Frank Bell before the Court forthwith to answer charges that he violated the conditions of his supervision imposed by the Court.

**ORDER OF COURT**

Considered and ordered this 27th day of October, 2006 and ordered filed and made a part of the records in the above case.

The Honorable Janet C. Hall
United States District Judge

Sworn to By

Keith P. Barry
United States Probation Officer

Place Bridgeport, Connecticut

Date 10/27/06

Before me, the Honorable Janet C. Hall, United States District Judge, on this day of _____ October 2006 at Bridgeport, Connecticut, U.S. Probation Officer Keith P. Barry appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

The Honorable Janet C. Hall
United States District Judge