UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:03CR272(JCH) |
| v. | : | |
| FRANK BELL | : | DECEMBER 8, 2006 |

**APPLICATION FOR WRIT
OF HABEAS CORPUS AD PROSEQUENDUM**

    Comes now the United States of America, prosecuting in its own sovereign right and behalf by Mark D. Rubino, Assistant United States Attorney, and respectfully informs this Honorable Court:

    1.  On Wednesday December 20, 2006 at 10:00 a.m. there will come before this Court, at Bridgeport, Connecticut, the criminal case of <u>United States of America v. Frank Bell</u>, Criminal No. 3:03CR272(JCH).

    2.  That the above-named defendant FRANK BELL (Inmate No. 158425) is charged with violation of Title 18, United States Code, Sections 3583(e).

    3.  That the said FRANK BELL is now confined at the Bridgeport Correctional Center in Bridgeport Connecticut.

    4.  That the said FRANK BELL should be presented before said District Court of the United States, District of Connecticut, at said time and place so said defendant may be

2

prosecuted for said offense and thereafter should be presented to the United States District Court as required.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden of Bridgeport Correctional Center and the United States Marshal for the District of Connecticut, or any of his proper deputies, ordering them to produce the said FRANK BELL at the United States Courthouse, 915 Lafayette Boulevard, Bridgeport, Connecticut, or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

                                  UNITED STATES OF AMERICA

                                  KEVIN J. O'CONNOR
                                  UNITED STATES ATTORNEY

                                  /S/MARK D. RUBINO
                                  MARK D. RUBINO
                                  ASSISTANT UNITED STATES ATTORNEY
                                  157 CHURCH STREET, 23RD FLOOR
                                  NEW HAVEN, CT 06510
                                  (203)821-3700
                                  FEDERAL BAR. # ct03496

STATE OF CONNECTICUT           :
                               :
                               : ss: New Haven, December 8, 2006
                               :
COUNTY OF NEW HAVEN            :

    Personally appeared before me Mark D. Rubino, Assistant United States Attorney for the District of Connecticut, to me known, who, on oath, states that he has read the foregoing application, that he is familiar with the contents of same, and that the same is true of his own knowledge except as to such matters therein alleged to be on information and belief, and as to such matters he believes them to be true.

_____
Notary Public or
Commissioner of Superior Court