# United States District Court
### DISTRICT OF Connecticut

USA
v.
Frank Bell

**EXHIBIT AND WITNESS LIST**

FILED 2007 JAN 31 P 2:34

CASE NUMBER: 02-CR-272

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Carol Hall | Mark Rubino | Robert Sullivan |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 1/31/07 | T. Fidanza | V. Elvin |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 1/31/07 | ✓ | ✓ | Certificates (4) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

RSK 1/31/07    Page 1 of ___ Pages